# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 57 MM 2017

v.

SEAN DONAHUE

: Court of Common Pleas of Luzerne
: County, Criminal Action - Law, No. 3501-
: 2012 Change of Venue

## O R D E R

AND NOW, this 20th day of April, 2017, The Honorable J. Michael Williamson of the Court of Common Pleas of Luzerne County having certified to this Court an Order for change of venue in the above matter pursuant to Pa.R.Crim.P. 584(B), it is

ORDERED that said case shall be transferred to Northampton County in compliance with Pa.R.Crim.P. 584(B).

_____
Chief Justice